Jill C. Davis, Esq.
Nevada Bar No. 8418
**LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.**
800 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 386-1070 x 176
Facsimile: (702) 388-1642
jdavis@lacsn.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL MARTIN, KAHTY MARTIN, ALFREDA FERREL, and NEVADANS FOR EQUAL ACCESS<br><br>Plaintiff,<br><br>vs.<br><br>SILVER NUGGET GAMING, LLC d/b/a SILVER NUGGET CASINO AND RV PARK;<br><br>Defendants. | Case No.: **2:11-cv-02045-KJD -GWF**<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiffs, PAUL MARTIN, KATHY MARTIN, ALFREDA FERREL and NEVADANS FOR EQUAL ACCESS, by and through counsel, JILL C. DAVIS, ESQ., of the LEGAL AID CENTER OF SOUTHERN NEVADA, INC., and, SILVER NUGGET GAMING, LLC D/B/A SILVER NUGGET CASINO AND RV PARK, SILVER NUGGET HOLDINGS, LLC, SILVER NUGGET MANAGEMENT LLC, by and through their counsel JOE E. CAIN, Esq., enter into the following Stipulation and Order to Dismiss this matter. Parties have met the requirements in the prior Stipulation and have reached a settlement in this matter.

1

Plaintiffs filed their Complaint on December 20, 2011. Certificate of Interested parties and all other action in this matter was stayed until March 1st 2012 pending the dismissal terms set forth in the Stipulation and Order to Stay Proceedings. Both Parties are requesting that this matter be dismissed as this matter has been settled and all settlement terms set forth by the plaintiffs were met by the defendants.

DATED this 1st day of March, 2012.

| | |
|---|---|
| DATED this 1st day of March, 2012 | DATED this 1st day of March, 2012 |
| LEGAL AID CENTER OF SOUTHERN NEVADA | SILVER NUGGET, INC. |
| By: /s/ Jill C. Davis<br>Jill C. Davis, Esq.<br>Nevada Bar No. 8418<br>jdavis@lacsn.org<br>800 South Third Street<br>Las Vegas, NV 89123 | By: /s/ Joe Cain<br>Joe Cain, Esq.<br>Nevada Bar No. 9009<br>Joe.Cain@finelv.com<br>3883 Howard Hughes Pkwy.<br>Suite 500<br>Las Vegas, NV 89169 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

## ORDER

IT IS SO ORDERED:

DATED: 3/2/12

_____
UNITED STATES DISTRICT JUDGE

2